**STATE of Missouri, Respondent,**

v.

**Jerry ROSE, Appellant.**

No. 72629.

Missouri Court of Appeals,
Eastern District,
Division Three.

June 23, 1998.

Motion for Rehearing and/or Transfer to Supreme Court Denied Aug. 26, 1998.

Paul J. D'Agrosa, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Karen L. Kramer, Asst. Atty. Gen., Jefferson City, for respondent.

Before AHRENS, P.J., and CRANDALL and KAROHL, JJ.

## ORDER

PER CURIAM.

Defendant, Jerry Rose, appeals from the judgment of conviction, entered pursuant to a jury verdict, for arson in the second degree, section 569.050, RSMo (1994). The trial court sentenced defendant to a term of imprisonment of three years, in accordance with the jury's assessment of punishment; and fined him $3,000.00.

We have reviewed the record on appeal and find no jurisprudential purpose would be served by a written opinion. The judgment of conviction is affirmed pursuant to Rule 30.25(b).